UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MELANIE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: |
| | ) | |
| RED LOBSTER RESTAURANTS LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# <u>**EXHIBIT 1**</u>

# TO NOTICE OF REMOVAL

# mycase.IN.gov

ⓘ  Go to courts.in.gov/covid to learn about how courts around the state are responding to COVID-19, adjusting operations, and preparing courthouses for public access.

ⓘ  Important Eviction Information: Open

## Case Summary

| « Back | New Search | Refine Search |

## Melanie Anderson v. Red Lobster Restaurants, LLC

| | |
|---|---|
| Case Number | 89D01-2103-CT-000016 |
| Court | Wayne Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 03/18/2021 |
| Status | 03/18/2021 , Pending  (active) |

## Parties to the Case

Show all party details

ⓘ  ᴰᴹ  Defendant  Red Lobster Restaurants, LLC

ⓘ  ᴾᴺ  Plaintiff  Anderson, Melanie

## Chronological Case Summary

03/18/2021  **Case Opened as a New Filing**

03/18/2021  📄 Complaint/Equivalent Pleading Filed
Complaint/Equivalent Pleading

| Filed By: | Anderson, Melanie |
|---|---|
| File Stamp: | 03/18/2021 |

03/18/2021  📄 Subpoena/Summons Filed
Subpoena/Summons Filed

| Filed By: | Anderson, Melanie |
|---|---|
| File Stamp: | 03/18/2021 |

03/18/2021  📄 Appearance Filed
Appearance - JAS

| For Party: | Anderson, Melanie |
|---|---|
| File Stamp: | 03/18/2021 |

📄

| 03/18/2021 | Appearance Filed | |
|---|---|---|
| | Appearance - SBM | |
| | For Party: | Anderson, Melanie |
| | File Stamp: | 03/18/2021 |
| 08/02/2021 | Appearance Filed | |
| | Appearance for Defendant | |
| | For Party: | Red Lobster Restaurants, LLC |
| | File Stamp: | 07/31/2021 |
| 08/02/2021 | Motion for Enlargement of Time Filed | |
| | Defendant's Motion for Extension of Time to File Answer | |
| | Filed By: | Red Lobster Restaurants, LLC |
| | File Stamp: | 07/31/2021 |
| 08/03/2021 | Order Granting Motion for Enlargement of Time | |
| | Order granting Defendant's motion for extension of time to file answer to Plaintiff's complaint for damages to and including October 4, 2021. | |
| | Order Signed: | 08/02/2021 |
| 08/04/2021 | **Automated Paper Notice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 8/3/2021 : Melanie Anderson | |
| 08/04/2021 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 8/3/2021 : Katherine Marie Haire | |
| 08/09/2021 | Service Returned Served (E-Filing) | |
| | Proof of Service | |
| | Filed By: | Anderson, Melanie |
| | File Stamp: | 08/09/2021 |

## Financial Information

Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Anderson, Melanie**

Plaintiff

Balance Due (as of 08/25/2021)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/18/2021 | Transaction Assessment | 157.00 |
| 03/18/2021 | Electronic Payment | (157.00) |

Summary - MyCase

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.



 Subscribe to content by RSS or Email

 Follow us on Twitter

 Indiana Courts YouTube Channel

 Get our shared photos on Flickr

## Terms of Use

Odyssey Public Access (the "MyCase" website) is a platform for online services provided by the Office of Judicial Administration (the "Office").

Electronic access to court information is restricted by federal and state law in addition to court rules and orders. Information on this site is made available as a public service pursuant to order of the Indiana Supreme Court.

Information displayed on this site is not to be considered or used as an official court record and may contain errors or omissions. Accuracy of the information is not warranted. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Read the complete terms of use »

**89D01-2103-CT-000016**

Wayne County Superior Court 1

Filed: 3/18/2021 12:38 PM
Clerk

SL

Wayne County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | | WAYNE COUNTY SUPERIOR COURT |
| | ) | SS: | CIVIL DIVISION |
| COUNTY OF WAYNE | ) | | CAUSE NO. |

MELANIE ANDERSON,                              )
                                               )
      Plaintiff,                        )
                                               )
      v.                                )        **JURY TRIAL REQUESTED**
                                               )
RED LOBSTER RESTAURANTS LLC,                   )
                                               )
      Defendant.                        )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Melanie Anderson, by counsel, and for her Complaint for

Damages against the Defendant, Red Lobster Restaurants LLC, alleges and asserts:

1.  At all relevant time, the Plaintiff, Melanie Anderson, was a resident of Wayne County,

Indiana.

2.  At all times relevant to this Complaint the Defendant, Red Lobster Restaurants LLC,

(hereinafter "Red Lobster") was a Delaware corporation doing business within the State of

Indiana.

3.  At all times relevant herein, the Defendant, Red Lobster, registered agent was located

in Marion County, State of Indiana.

4.  At all times relevant to this Complaint the Defendant, Red Lobster, owned, operated

and maintained the Red Lobster restaurant located at 5400 National Road, in the City of

Richmond, County of Wayne, and State of Indiana.

5.  At all times mentioned herein the Defendant, Red Lobster, was responsible for

property management and maintenance and safety on the premises occupied by the above-

mentioned Red Lobster restaurant.

6. At all times relevant to this Complaint the acts and omissions alleged against the Defendant, Red Lobster, were performed and/or omitted by and through the agents, servants, employees and representatives of the Defendant, and each of them, while acting within the scope and course of their employment.

7. On or about December 27, 2019, the Plaintiff, Melanie Anderson, was an invitee at the Red Lobster restaurant in located at 5400 National Road East in Richmond, Indiana.

8. At said time and place, Plaintiff, Melanie Anderson, was walking in the front of the Red Lobster when she tripped and fell on an entry way rug that was flipped up in a negligent position, causing the Plaintiff to sustain personal injuries.

9. The Plaintiff's fall and injuries were directly and proximately caused by the carelessness and negligence of the Defendant, including but not limited to the following acts and/or omissions:

   a.   The Defendant, Red Lobster, by and through its agents and employees, failed to inspect and discover the rug was in a dangerous position, which created a hazardous condition causing the Plaintiff to fall;

   b.   The Defendant, Red Lobster, by and through its agents and employees, failed to remedy the hazardous condition of entry way rug that caused the Plaintiff to fall when the Defendant knew or should have known of the existence of said hazardous condition;

   c.   The Defendant, Red Lobster, by and through its agents and employees, failed to warn the Plaintiff of the hazardous condition of the entry way rug which existed when the Plaintiff was injured when the Defendant knew or should have known of the existence of said dangerous condition, and;

   d.   The Defendant, Red Lobster, by and through its agents and employees, failed to provide a reasonably safe and secure premises.

10. As a direct and proximate result of the carelessness and negligence of the Defendant, Plaintiff, Melanie Anderson, sustained severe and permanent personal injuries.

11. All of the Plaintiff's injuries, except those which are superficial in nature, are

permanent, and have resulted in limitation of motion and extreme pain and suffering.

12.  The Plaintiff, Melanie Anderson, in order to treat her injuries and lessen her pain and suffering, has been required to engage the services of hospitals, physicians and medical technicians for medical care and treatment, medication, x-rays, physical therapy, and has incurred, and may incur in the future, reasonable medical bills for such treatment.

13.  As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Melanie Anderson, has incurred and will continue to incur medical and related expenses.

14.  At the time Plaintiff, Melanie Anderson, was injured she was gainfully employed and was required to miss work, all to her further damage.

14.  As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Melanie Anderson, has been damaged.

WHEREFORE, the Plaintiff, Melanie Anderson, prays for judgment against the Defendant, Red Lobster Restaurants LLC, in an amount commensurate with her injuries and damages, for costs of this action, a trial by jury, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ Jason A. Shartzer
Jason A. Shartzer, Esq. #23989-49
Shannon B. Mize, Esq. #22902-49A
SHARTZER LAW FIRM, LLC
156 E. Market Street
10th Floor, Suite 1000
Indianapolis, Indiana 46204
(317) 969-7600
(317) 969-7650 Fax
jshartzer@shartzerlaw.com
smize@shartzerlaw.com

*Counsel for Plaintiff*

0007

**89D01-2103-CT-000016**

Wayne County Superior Court 1

# SUMMONS

Filed: 3/18/2021 12:38 PM
Clerk

SL

Wayne County, Indiana

| STATE OF INDIANA | ) | | WAYNE COUNTY SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | CIVIL DIVISION |
| COUNTY OF WAYNE | ) | | CAUSE NO. |

| | |
|---|---|
| MELANIE ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RED LOBSTER RESTAURANTS LLC, | ) |
| | ) |
| Defendant. | ) |

**TO DEFENDANT:**   **Red Lobster Restaurants LLC**
**c/o Corporate Creations Network Inc., Registered Agent**
**8520 Allison Pointe Blvd., Ste. #220**
**Indianapolis, IN 46250**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

*If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated ____3/18/2021____

_____
Clerk, Wayne Superior Court                                    (Seal)

                                                                    **SEAL**

**(The following manner of service of summons is hereby designated)**

__X__  Registered or certified mail.

_____  Service at place of employment, to-wit:

__ __  Service on individual -- (Personal or copy) at above address.  By Sheriff

_____  Service on agent.  (Specify)

_____  Other service.  (Specify)

Jason A. Shartzer, #23989-49                         156 E. Market Street, Suite 1000
SHARTZER LAW FIRM, LLC                              Indianapolis, IN  46204
Counsel for Plaintiff                                        (317) 969-7600   (317) 969-7650 Fax

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ___ day of _____, 20___.

    (1)    By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

    (2)    By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

    (3)    Other Service or Remarks:_____.

_____

Sheriff's Costs

Sheriff, Wayne County

By:_____
          Deputy

### *CERTIFICATE OF MAILING*

I hereby certify that on the ___ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____

_____
Printed Name

_____
Signed

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.

Dated:_____

_____
Printed Name

_____
Signed

0010

**89D01-2103-CT-000016**

Wayne County Superior Court 1

Filed: 3/18/2021 12:38 PM
Clerk

SL

Wayne County, Indiana

| STATE OF INDIANA | ) | | WAYNE COUNTY SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | CIVIL DIVISION |
| COUNTY OF WAYNE | ) | | CAUSE NO. |

MELANIE ANDERSON,                          )
                                                                  )
      Plaintiff,                                        )
                                                                  )
      v.                                                      )   **JURY TRIAL REQUESTED**
                                                                  )
RED LOBSTER RESTAURANTS LLC,     )
                                                                  )
      Defendant.                                     )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:          Initiating __X__          Responding _____          Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Melanie Anderson**

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

Name:      Jason A. Shartzer, Attorney No. 23989-49
              SHARTZER LAW FIRM, LLC
Address:   156 E. Market Street
              10th Floor, Suite 1000
              Indianapolis, Indiana 46204
              jshartzer@shartzerlaw.com
Phone:    (317) 969-7600   Fax: (317) 969-7650

3.    There are other party members: Yes ____ No __X__ (If yes, list on continuation page.)

4.    *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **CT**

5.    I will accept service by FAX at the above noted #: Yes _____ No __X__

6.    This case involves support issues. Yes _____ No __X__

7.    There are related cases: Yes _____ No __X__ (If yes, list on continuation page)

8.    This form has been served on all other parties. Certificate of Service is attached: Yes ____ No __X__

9.    Additional information required by local rule: __None.__

                                __/s/ Jason A. Shartzer__

0011

Jason A. Shartzer, No. 23989-49
Attorney for Plaintiff

**89D01-2103-CT-000016**

Wayne County Superior Court 1

Filed: 3/18/2021 12:38 PM
Clerk

SL

Wayne County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | WAYNE COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF WAYNE | ) | CAUSE NO. |

MELANIE ANDERSON,                              )
                                               )
           Plaintiff,                          )
                                               )
       v.                                      )
                                               )
RED LOBSTER RESTAURANTS LLC,                   )
                                               )
           Defendant.                          )

<u>**APPEARANCE BY ATTORNEY IN CIVIL CASE**</u>

Party Classification:        Initiating __X__        Responding _____        Intervening _____

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Melanie Anderson**

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

Name:      Shannon B. Mize, Attorney No. 22902-49-A
           SHARTZER LAW FIRM, LLC
Address:   156 E. Market Street
           10th Floor, Suite 1000
           Indianapolis, Indiana 46204
           smize@shartzerlaw.com
Phone:     (317) 969-7600   Fax: (317) 969-7650

3.      There are other party members: Yes ____ No __X__ (If yes, list on continuation page.)

4.      ***If first initiating party filing this case***, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **CT**

5.      I will accept service by FAX at the above noted #: Yes ____ No __X__

6.      This case involves support issues. Yes ____ No __X__

7.      There are related cases: Yes ____ No __X__ (If yes, list on continuation page)

8.      This form has been served on all other parties. Certificate of Service is attached: Yes ___ No __X__

9.      Additional information required by local rule: __None.__

0013

/s/ Shannon B. Mize
Shannon B. Mize, No. 22902-49A
Attorney for Plaintiff

Filed: 7/31/2021 9:34 AM
Clerk

SL

| STATE OF INDIANA | ) | WAYNE SUPERIOR COURT, | Wayne County, Indiana |
|---|---|---|---|
| | ) | CIVIL DIVISION | |
| | ) | | |
| COUNTY OF WAYNE | ) | CASE NO.  89D01-2103-CT-000016 | |

MELANIE ANDERSON,                          )
                              Plaintiff,    )
          v.                               )
                                           )
RED LOBSTER RESTAURANTS LLC,               )
                              Defendant.    )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.   The party on whose behalf this form is being filed is:

Initiating _____    Responding _X_  Intervening _____; and

the undersigned attorney and all attorneys listed on this form now appear in this case
for the following parties:

Name of parties:       **RED LOBSTER RESTAURANTS LLC**

2.   Attorney information for service as required by Trial Rule 5(B)(2):

Name: __Katherine M. Haire_____        Atty. Number: _____31330-49_

Address: Reminger Co., LPA, College Park Plaza, 8909 Purdue Road _____
          Suite 200, Indianapolis, Indiana 46268 _____

Phone: __317-352-5240____       Fax:__317-228-0943_____

E-mail Address: ___khaire@reminger.com_____

3.    This is a _____CT_____ case type as defined in administrative Rule 8(B)(3).

4.  I will accept service by:
        Fax at the above noted number:       Yes_____      No___X____
        Email at the above noted address:    Yes_____      No___X____

5.    This case involves child support issues.     Yes_____    No___X____ (*If Yes,
supply social security numbers for all family members on a separately attached
document filed as confidential information on **light green paper**.  Use Form TCM-
TR3.1-4.*)

6.    This case involves a protection from abuse order, a workplace violence restraining
order, or a no contact order.       Yes_    No _X_ (*If Yes, the initiating party*

*must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service: N/A

7.  This case involves a petition for involuntary commitment. Yes ___      No  X

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment. _____ N/A

9.  There are related cases:  Yes _____     No  X   (*If Yes, list on continuation page.*)

10.  Additional information required by local rule: _____ None

11.  There are other party members: Yes_____ No  X   (*If Yes, list on continuance page.*)

12.  This form has been served on all other parties and Certificate of Service is attached:

Yes X                               No ___

Respectfully submitted,

*/s/ Katherine M. Haire*
Katherine M. Haire (31330-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
Tel: 317-663-8570 / Fax: 317-228-0943
khaire@reminger.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed in accordance with Trial Rule 86 using the Court's Electronic Filing System, which will send notice on this 31st day of July, 2021, to all registered parties as follows:
Jason A. Shartzer, Esq.
Shannon B. Mize, Esq.
SHARTZER LAW FIRM, LLC
156 E. Market St.
10th Floor, Ste. 1000
Indianapolis, IN  46204
*Attorney for Plaintiff*

*/s/Katherine M. Haire*
Katherine M. Haire (#31330-49)

0016

Filed: 7/31/2021 9:34 AM
Clerk

SL

Wayne County, Indiana

| STATE OF INDIANA | ) | WAYNE SUPERIOR COURT, |
| | ) | CIVIL DIVISION |
| | ) | |
| COUNTY OF WAYNE | ) | CASE NO.  89D01-2103-CT-000016 |

MELANIE ANDERSON,
                Plaintiff,

    v.

RED LOBSTER RESTAURANTS LLC,
                Defendant.

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO FILE ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW   the Defendant, Red Lobster Restaurants LLC ("Defendant"), by counsel, Katherine M. Haire of Reminger Co., LPA, and pursuant to Wayne County Local Rule LR89-TR06-004(C), requests an additional 45 days, up to and including Monday, October 4, 2021, in which to answer or otherwise plead in response to Plaintiff's Complaint for Damages, and as grounds therefore would state:

1.     Defendant was served with the instant action by certified mail on July 26, 2021.  Accordingly, Defendant's answer/responsive pleading is currently due August 18, 2021, which time has not yet passed.

2.     Wayne County Local Rule LR89-TR06-004(C) provides that "[t]he first motion for enlargement of time to file a responsive pleading to a Complaint shall be granted summarily for up to forty-five (45) days."

3.     The undersigned inquired with Plaintiff's Counsel on July 29, 2021, regarding whether there is any objection to a 45-day extension but did not receive a response prior to filing this Motion.

4.      This motion is made in good faith and not for the purpose of delay, but to allow Defendant appropriate and reasonable time to respond to the allegations contained in the Plaintiff's complaint.

4.      This motion, if granted, will not unduly prejudice any party.

**WHEREFORE,** Defendant, Red Lobster Restaurants LLC requests a 45-day extension, to and including October 4, 2021, to file an answer or otherwise plead in response to Plaintiff's Complaint for Damages, and for such other relief just and proper in the premises.

Respectfully submitted,

*/s/ Katherine M. Haire*
Katherine M. Haire (31330-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
Tel: 317-663-8570
Fax: 317-228-0943
khaire@reminger.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed in accordance with Trial Rule 86 using the Court's Electronic Filing System, which will send notice on this 31st day of July, 2021, to all registered parties as follows:

Jason A. Shartzer, Esq.
Shannon B. Mize, Esq.
SHARTZER LAW FIRM, LLC
156 E. Market St.
10th Floor, Ste. 1000
Indianapolis, IN  46204
*Attorney for Plaintiff*

*/s/Katherine M. Haire*
Katherine M. Haire (#31330-49)

2

0018

STATE OF INDIANA       )       WAYNE SUPERIOR COURT,
                         )       CIVIL DIVISION
                         )
COUNTY OF WAYNE     )       CASE NO.  89D01-2103-CT-000016

|  |  |
|---|---|
| | ) |
| MELANIE ANDERSON, | ) |
|           Plaintiff, | ) |
|         v. | ) |
| | ) |
| RED LOBSTER RESTAURANTS LLC, | ) |
|          Defendant. | ) |

## <u>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES</u>

The Court, having reviewed Defendant Red Lobster Restaurants LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint for Damages, now hereby **GRANTS** the same.

**IT IS SO ORDERED** that Defendant, Red Lobster Restaurants LLC, is hereby granted an extension to and including Monday, October 4, 2021, to answer or otherwise plead in response to Plaintiff's Complaint for Damages.

Dated   **August 2, 2021**                                 

                              JUDGE, WAYNE COUNTY COURT

## <u>Distribution</u>:

All counsel of record per the Court's electronic file/serve system.

Filed: 8/9/2021 1:23 PM
Clerk

SL

Wayne County, Indiana

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)* $
☐ Return Receipt *(electronic)* $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
*Red Lobster Rest. LLC*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 0190 0000 1935 2122

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Red Lobster Restaurants LLC
c/o Corporate Creations Network Inc.,
Registered Agent
8520 Allison Pointe Blvd., Ste. #220
Indianapolis, IN 46250

9590 9402 6562 1028 9225 84

2. Article Number *(Transfer from service label)*

7017 0190 0000 1935 2122

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

0020

**89D01-2103-CT-000016**

Wayne County Superior Court 1

# SUMMONS

Filed: 3/18/2021 12:38 PM
Clerk

SL

Wayne County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | WAYNE COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF WAYNE | ) | CAUSE NO. |

MELANIE ANDERSON,                )
                                 )
            Plaintiff,           )
                                 )
        v.                       )
                                 )
RED LOBSTER RESTAURANTS LLC,     )
                                 )
            Defendant.           )

**TO DEFENDANT:**    **Red Lobster Restaurants LLC**
                     **c/o Corporate Creations Network Inc., Registered Agent**
                     **8520 Allison Pointe Blvd., Ste. #220**
                     **Indianapolis, IN 46250**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

*If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated_____**3/18/2021**_____             _____     (Seal)
                                          Clerk, Wayne Superior Court     **SEAL**

**(The following manner of service of summons is hereby designated)**

**X**  Registered or certified mail.

___ Service at place of employment, to-wit:

___ Service on individual -- (Personal or copy) at above address. By Sheriff

___ Service on agent. (Specify)

___ Other service. (Specify)

Jason A. Shartzer, #23989-49              156 E. Market Street, Suite 1000
SHARTZER LAW FIRM, LLC                    Indianapolis, IN 46204
Counsel for Plaintiff                     (317) 969-7600   (317) 969-7650 Fax

**SHERIFF'S RETURN ON SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the ____ day of _____, 20__.

(1)     By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2)     By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

(3)     Other Service or Remarks:_____.

_____          _____

Sheriff's Costs                          Sheriff, Wayne County

                                        By:_____
                                            Deputy

**CERTIFICATE OF MAILING**

I hereby certify that on the 20ᵗʰ day of July , 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, Red Lobster , by Certified mail, requesting a return receipt, at the address furnished by the plaintiff. Restaurants LLC c/o Corporate Creations Network Inc.; Registered Agent

Dated: 7/20/21          Krishna Moore
                        Printed Name
                        KMoore
                        Signed

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant Red Lobster was accepted by certified mail on behalf of said defendant on the 29 day of July 2021. Restaurants LLC c/o Corporate Creations Network Inc.; Registered Agent

Dated: 07/29/21          Alexandria Samons
                         Printed Name
                         Alexandria Samons
                         Signed

0022